## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Gardner, Jewel L

Printed:  9/3/08

Case Number:  05 B 05907
Judge:  Wedoff, Eugene R
Filed:  2/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  July 3, 2008
Confirmed:  April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,933.00 |  |
| Secured: |  | 9,190.89 |
| Unsecured: |  | 803.86 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,910.00 |
| Trustee Fee: |  | 635.25 |
| Other Funds: |  | 393.00 |
| Totals: | 12,933.00 | 12,933.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 1,910.00 | 1,910.00 |
| 2. | Sherman Acquisition | Secured | 0.00 | 0.00 |
| 3. | Sherman Acquisition | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Drive Financial Services | Secured | 9,190.89 | 9,190.89 |
| 6. | Drive Financial Services | Unsecured | 62.88 | 494.97 |
| 7. | Peoples Energy Corp | Unsecured | 125.09 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 39.24 | 308.89 |
| 9. | HomEq Servicing Corp | Secured |  | No Claim Filed |
| 10. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 11. | Alegis Group Loan Servicing LP | Unsecured |  | No Claim Filed |
| 12. | Cook County Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 11,328.10 | $ 11,904.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 39.60 |
| 3% | 29.40 |
| 5.5% | 162.80 |
| 5% | 34.00 |
| 4.8% | 113.81 |
| 5.4% | 199.76 |
| 6.5% | 55.88 |
|  | _____ |
|  | $ 635.25 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Gardner, Jewel L

Printed:  9/3/08

Case Number:  05 B 05907

Judge:  Wedoff, Eugene R

Filed:  2/22/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

